## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RUBEN MARTINEZ,** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | |
| | § | **CIVIL ACTION NO. 5:18-cv-00471-FB** |
| **SOUTH SAN ANTONIO INDEPENDENT** | § | |
| **SCHOOL DISTRICT** | § | |
| **Defendants** | § | |

## DEFENDANT'S REPORT ON
## ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES SOUTH SAN ANTONIO INDEPENDENT SCHOOL DISTRICT, Defendant in the above-styled and numbered cause, and submits this Report on Alternative Dispute Resolution, in accordance with the Scheduling Order Dkt No. 12 and pursuant to local Rule CV-88. With respect to this report, said Defendant shows as follows:

### I.

Pursuant to the Court's Scheduling Order, Plaintiff's deadline to submit a written settlement offer is August 15, 2018 and Defendant's deadline to submit a written response is October 1, 2018. Dkt. No. 12.

### II.

Mr. Wood and Ms. Castillo are responsible for settlement negotiations on behalf of Defendant; however, no settlement agreement can be entered into by the Defendant without approval of any settlement proposal by a majority of the Board of Trustees for the South San Antonio ISD in a properly convened public meeting. At this time, Defendant feels that further alternative dispute resolution methods are not reasonable or necessary until all dispositive motions have been filed and ruled on. At that time, mediation may be appropriate. Upon receipt

of Plaintiff's written offer of settlement Counsel for Defendant will arrange to meet with the

Board in a properly convened public meeting to discuss the offer of settlement. Following this

consultation, Counsel for Defendant will timely report back to Plaintiff with the outcome. A

supplemental report with the name of a court-approved mediator or an agreed upon mediator

will be submitted on behalf of Defendant after discussion with Plaintiff. The undersigned

counsel have advised their clients of the availability of mediation.

Respectfully submitted,

**WALSH GALLEGOS TREVIÑO**
**RUSSO & KYLE P.C.**
1020 NE Loop 410, Suite 450
San Antonio, Texas 78209
TEL. NO.: (210) 979-6633
FAX NO.: (210) 979-7024

BY: /*s/ D. Craig Wood*
D. CRAIG WOOD
Attorney-in-Charge
State Bar No. 21888700
cwood@wabsa.com

BY: */s/ Stacy Tuer Castillo*
STACY TUER CASTILLO
State Bar No. 00796322
scastillo@wabsa.com

**ATTORNEYS FOR DEFENDANT**
**SOUTH SAN ANTONIO INDEPENDENT**
**SCHOOL DISTRICT**

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that on August 15, 2018, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following:

**COUNSEL FOR PLAINTIFF:**
Adam Poncio
Alan Braun
Thomas N. Cammack, III
Poncio Law Offices
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550

                                              */s/ D. Craig Wood*
                                              D. Craig Wood