IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUBEN MARTINEZ | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:18-CV-471-FB |
| SOUTH SAN ANTONIO INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § § | |

**PLAINTIFF'S REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Elka Vargas-Rodriguez, Plaintiff in the above-styled and numbered cause of action, and pursuant to Rule CV-88 of the Local Rules of the United States District Court for the Western District of Texas and the Scheduling Order issued in this matter, files this his Report on Alternative Dispute Resolution and would respectfully show unto the Court as follows:

I.

In accordance with the Scheduling Order, Plaintiff's written offer of settlement is due on August 15, 2018

II.

The persons responsible for settlement negotiations are Ruben Martinez, Plaintiff and Plaintiff's Counsel of Record.

III.

Plaintiff is amenable to mediation at any step of the case or proceedings, including the present.

IV.

Plaintiff has been notified of the ADR procedures available in the United States District Court for

the Western District of Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully files this his Report on Alternative Dispute Resolution.

**Respectfully Submitted,**

By: */s/ Alan Braun*

**ADAM PONCIO**
State Bar No. 16109800
salaw@msn.com
**THOMAS N. CAMMACK, III**
State Bar No. 24073762
tcammack@ponciolaw.com
**ALAN BRAUN**
State Bar No. 24054488
abraun@ponciolaw.com

**PONCIO LAW OFFICES**
**A Professional Corporation**
5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone:(210) 212-7979
Facsimile:(210) 212-5880

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15$^h$ day August 2018, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served on the following interested parties:

Stacy Tuer Castillo
Walsh Gallegos Trevino Russo & Kyle P.C.
1020 N.E. Loop 410, Suite 450
San Antonio, Texas 78209
TEL: 210-979-6633
FAX:210-979-7024

              */s/ Alan Braun*
              **ALAN BRAUN**